UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHAD NICHOLAS GROOVER AND                           CIVIL ACTION
LARRY GROOVER                                       NO. 07-0252

VERSUS

CAMP DRESSER & MCKEE, INC. ET AL.                   SECTION M

**ORDER**

Before the Court is Defendant Scottsdale Insurance Company's (Scottsdale) Motion for Summary Judgment which is opposed by Plaintiffs and which came for hearing on November 12, 2008, on the briefs.  After consideration of the motion, the opposition and the applicable law, the Court grants the Motion.

On October 7, 2008, this Court issued an order granting Omni Pinnacle, LLC's (Omni) Motion for Summary Judgment (rec. doc.#195). Scottsdale, as Omni's commercial general liability insurer, is accordingly entitled to summary judgment and dismissal of plaintiffs' claims with prejudice.

New Orleans, Louisiana, this 12th day of November, 2008.

Peter Beer
United States District Judge